Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry McConnell, ) | Case No. 2:11-cv-01814-NVW |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| Alpha Recovery Corp., ) | |
| ) | |
| Defendant ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 19th day of January, 2012.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

Filed electronically on this 19th day of January, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 19th day of January, 2012 to:

Ms. Cynthia L. Fulton, Esq.
Fulton, Friedman & Gullace, LLP
2345 E. Thomas Rd., Ste. 460
Phoenix AZ 85016

By: s/Dana Patch
   Dana Patch

Notice of Settlement