IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry McConnell,<br><br>            Plaintiff,<br><br>vs.<br><br>Alpha Recovery Corporation,<br><br>            Defendant. | No. CV-11-01814-PHX-NVW<br><br><br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 17);

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **March 19, 2012** unless prior thereto a judgment or order of dismissal is entered.

DATED this 20th day of January, 2012.

_____
Neil V. Wake
United States District Judge